Action between the People's Bank of Westville and T. C. Woods and another. From the judgment, the latter appeal. Reversed and remanded.

John Mayes and Chas. Wilson, for plaintiffs in error.

E. B. Arnold and W. D. Case, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court. Brief of the plaintiff in error was filed and served October 5, 1926.

---

## ATCHISON, T. & S. F. RY. CO. v. ESTRADA.

No. 16726—Opinion Filed April 13, 1926.

Appeal from District Court, Oklahoma County; George W. Clark, Judge.

Action between Abraham Estrada and the Atchison, Topeka & Santa Fe Railway Company. From the judgment, the latter appeals. Reversed and remanded.

Cottingham, McInnis & Green, F. G. Anderson, and M. M. Gibbens, for plaintiff in error.

Clarence Myers, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court. Brief of the plaintiff in error was filed and served January 2, 1926.

---

## WRIGHT v. RIGGS.

No. 16930—Opinion Filed April 13, 1926.

Appeal from District Court, Sequoyah County; J. T. Parks, Judge.

Action between Beulah Wright, nee McGrady, and Chella Riggs, nee McGrady. From the judgment, the former appeals. Reversed and remanded.

Horton & Gill, for plaintiff in error.

T. M. McCombs, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this

cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court. Brief of the plaintiff in error was served and filed December 16, 1925.

---

## ST. LOUIS-SAN FRANCISCO RY. CO. v. PITTS, County Treas., et al.

No. 16815—Opinion Filed April 13, 1926.

Appeal from District Court, Muskogee County; O. H. Searcy, Judge.

Action between the St. Louis-San Francisco Railway Company and Bert Pitts, County Treasurer of Muskogee County, and another. From the judgment, the former appeals. Reversed and remanded.

E. T. Miller, Stuart, Sharp & Cruce, and W. T. Stratton, for plaintiff in error.

Jno. W. Porter, City Attorney, and S. H. Lattimore, County Attorney, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendants in error to file a brief as required by rule 7 of this court. Brief of the plaintiff in error was served and filed December 5, 1925.

---

## WHITEHEAD et al. v. HOLMES et al.

No. 17119—Opinion Filed April 20, 1926.

(Syllabus.)

### Appeal and Error—Case-Made—Void Order Extending Time.

An order of the trial court extending the time within which to make and serve case-made beyond the six-months period fixed by law, in which petition in error and case-made must be filed in this court, is void.

Error from District Court, Carter County; W. F. Freeman, Judge.

Action between J. E. Whitehead et al. and Edward R. Holmes et al. From the judgment, the former bring error. Dismissed.

Cruce & Potter and Sigler & Jackson, for plaintiffs in error.

McQueen & Kidd, for defendants in error.

PER CURIAM. This case is appealed from the district court of Carter county. Motion for a new trial was overruled on